Aug-17-00  03:07P  SANCHEZ, WHITTINGTON          956 546-3765          P.02

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET          Receipt 114109

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

VALLEY ICE & FUEL CO., INC., a Texas
corporation

## DEFENDANTS

F/V BANPESCA 70, F/V ARIES, F/V ESPERANZA,
F/V CAMARONES DEL GOLFO XII, and F/V
15 DE OCTUBRE I, their engines, nets,
tackle, apparel, and furniture, in rem and
AMADO GARCIA JIMENEZ, in personam

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Dennis Sanchez
SANCHEZ, WHITTINGTON, JAIS & ZABARTE, LLP
100 North Expressway 83     Tel: (956) 546-3731
Brownsville TX 78521-2284   Fax: (956) 546-3765

ATTORNEYS (IF KNOWN)

United States District Court
Southern District of Texas
FILED

**B-00-127**

AUG 14 2000

Michael N. Milby
Clerk of Court

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
(For Diversity Cases Only)                 FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☒3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff's claim is in admiralty and maritime within the meaning of
Rule 9(h) and Supplemental Rules B and C of the Federal Rules of Civil Procedure. Court has
jurisdiction under 46 USC § 31342 & 28 USC § 1333. Plaintiff seeks to collect unpaid accounts
due it for fuel, lube oil & other associated petroleum products.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

Transferred from
☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

Appeal to District
☐ 7 Judge from
Magistrate
Judgment

## VII. REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES  ☒ NO

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE _____      DOCKET NUMBER _____

DATE
August 14, 2000

SIGNATURE OF ATTORNEY OF RECORD
_(signature)_

UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VALLEY ICE & FUEL CO., INC.   §
        Plaintiff,   §
              §
VS.                §
              §
F/V BANPESCA 70, F/V ARIES,   §
F/V ESPERANZA, F/V CAMARONES   §
DEL GOLFO XII, AND       §
F/V 15 DE OCTUBRE I, their   §
engines, nets, tackle, apparel, §
and furniture, in rem, and   §
AMADO GARCIA JIMENEZ, in     §
personam              §
        Defendants   §

**B-00-127**

CIVIL ACTION NO. _____

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW VALLEY ICE & FUEL CO., INC., Plaintiff herein, complaining of the Fishing Vessels BANPESCA 70, ARIES, ESPERANZA, CAMARONES DEL GOLFO XII, AND 15 DE OCTUBRE I, their engines, nets, tackle, apparel, and furniture, in rem, and AMADO GARCIA JIMINEZ, in personam. Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

## PARTIES

    1)   Plaintiff is a Texas corporation having its principal place of business in Cameron County, Texas.

    2)   The in rem Defendants are Mexican shrimp trawlers which are registered under laws of Mexico, and may be served with process by serving the vessels in Port Isabel, Texas.

3)    The in personam Defendant is a resident of Mexico, and is, upon information and belief, the owner of the shrimp trawlers which are the in rem Defendants in this action.

II.

## JURISDICTION AND VENUE

4)    This is a case involving the admiralty and maritime jurisdiction of this Court as more fully appears hereafter, and Plaintiff's claim is in admiralty and maritime within the meaning of Rule 9(h) and Supplemental Rules B and C of the Federal Rules Of Civil Procedure.  This Court has subject matter jurisdiction under 46 U.S.C. § 31342 AND 29 U.S.C. § 1333.  The defendant vessels are or will be during the pendency of this process within this district and within the jurisdiction of this Court.

III.

## FACTS OF THE CASE

4)    Plaintiff, VALLEY ICE & FUEL CO., INC. is a corporation which is engaged in the sale of diesel fuel and petroleum products and supplies to shrimp trawlers.

5)    Beginning on or about February 8, 1999 and continuing through December 23, 1999, Plaintiff, at the instance and request by the owner/master of each of the various Defendant vessels, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to the Defendant vessels. Plaintiff delivered to the owners/masters of each vessel its statements for the aforementioned fuel and associated products, and after allowing all

VALLEY ICE & FUEL CO., INC.
VALLEY LUBRICANTS
C-70, Box 14
Brownsville, TX 78521

Phone:     (956) 831-4123
Fax        (956) 831-7360

Invoice

Invoice Number:
5083

Invoice Date:
Dec 23, 1999

Page
1

Sold To:
M/V BANPESCA 70 MEXICAN BOAT
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1B70 | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Cust. Pickup | 12/23/99 | 1/22/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,099.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7950 | 7,233.71 |
| 12.00 | PAIL | PERFORMANCE SERIES 15W40/PO5 | 27.6750 | 332.10 |
| 6.00 | EACH | CUMMINS KT1150/LUBE (F#PH3612) | 20.3800 | 126.28 |
| 6.00 | EACH | CUMMINS KT1150/FUEL (F#P3528a) | 7.0800 | 42.48 |
| 0.00 | EACH | BATTERY 6 VOLT | 7.6525 | 7.65 |
| 1.00 | EACH | LANTERN 6 VOLT WATERPROOF | 10.3500 | 10.35 |
| | | SALE ORDER# 2193 | | |

Check No:

| | |
|---|---|
| Subtotal | 7,751.77 |
| Sales Tax | 32.38 |
| Total Invoice Amount | 7,784.15 |
| Payment Received | 0.00 |
| TOTAL | 7,784.15 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE OR FUEL IS DUE NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1½% PER MONTH OF THE MAXIMUM RATE ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO. INC. o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $ _____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.

_____, Capitan o Patron de la embarcacion

_____ propiedad de _____

( firma )

EXHIBIT A

CDsPDF - www.fesko.com



# Valley Ice & Fuel Co., Inc.
# Valley Lubricants

HC-70, Box 14
**Brownsville, Tx 78521**
**(956) 831-4123    fax (956) 831-7860**

# Sales / Loading Order

Sales Order Number: **2193**

Date Delivered: **12-23-55**

| Sold To: | Delivered To: |
|---|---|
|  | M/V  *BANPESCA.70* |
|  | Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
|  |  |  |  | *E Bauch* |

| | METER A | METER B | | |
|---|---|---|---|---|
| STOP | 4079978 | 4152503 | | **DYED DIESEL FUEL,** |
| START | 4075138 | 4148204 | | **NONTAXABLE USE ONLY,** |
| TOTAL B | 4800 | 4299 | | **PENALTY FOR TAXABLE USE.** |
| TOTAL A | | 4800 | | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. | DIESEL NO. 2 ( OFF ROAD ) |
|---|---|---|---|
|  | 9.099 | | |

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
|  | 12 | pails | HP 15 W 40 |
|  | 6 | Filter | P113612 |
|  | 6 | Filter | P3528 A |
|  | 1 | each | Battery 6 Volt |
|  | 1 | each | Lantern 6 Volt |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWL-EDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

Signature _____    Title _____    Date **12-23-55**

**CREDIT TERMS:**    PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Phone:  (956) 831-4123
Fax:  (956) 831-7860

Invoice

Invoice Number

404.

Invoice Date

Oct 18, 199

Page

**Sold To:**

M/V BANPESCA 70 MEXICAN BOAT
AMADO GARCIA J.

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1B70 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 10/18/99 | 11/17/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,497.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 1432 | 0.7150 | 5,360.38 |

**P A I D** OCT 2 6 1999
F/C $72.46  Transfer
Bal. $4536.88

**P A I D** DEC 2 2 1999
F/C $93.53  Cash
Bal $1630.41

| | |
|---|---|
| Subtotal | 5,360.38 |
| Sales Tax | |
| Total Invoice Amount | 5,360.38 |
| Payment Received | 0.00 |
| TOTAL | 5,360.38 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE   ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., c al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____ _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____ propiedad de _____.

( firma )

**Valley Ice & Fuel Co., Inc.**
**Valley Lubricants**

HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123    fax (956) 831-7860

**Sales / Loading Order**

Sales Order Number: | 1432 |

Date Delivered: | 10-18-99 |

| Sold To: | Delivered To: |
|---|---|
| | M/V |
| | BANPESCA 70 |
| | Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
| | | | | E Zavala |

| METER A | METER B | | DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE. |
|---|---|---|---|
| 3499560 | 3548084 | STOP | |
| 3495940 | 3544207 | START | |
| 3620 | 3877 | TOTAL B | |
| | 3620 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. 715 | DIESEL NO. 2 ( OFF ROAD )          536036 |
|---|---|---|---|
| | 7.497 | | |

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWLEDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

_____          _____          10-18-99
Signature                                          Title                                          Date

CREDIT TERMS:    PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

just credits and offsets, the following amounts, including interest through J~~uly~~ 31, 2000, have not been paid to Plaintiff, despite the demand.   True copies of the invoices are attached hereto as EXHIBITS A through E and made a part hereof for all purposes. Plaintiff would further show that the defendant vessels owe the following amounts:

| | |
|---|---|
| BANPESCA 70 | $10,400.23 |
| ARIES | 9,225.06 |
| 15 DE OCTUBRE I | 10,160.56 |
| ESPERANZA V | 16,145.21 |
| CAMARONES DEL GOLFO XII | 6,937.00 |
| **TOTAL** ------ | $52,868.06 |

6)    Plaintiff has and claims a maritime lien against each of the above-named vessels in the respective amounts set forth above, which claims total in the aggregate FIFTY-TWO THOUSAND EIGHT HUNDRED SIXTY-EIGHT & 06/100 DOLLARS ($52,868.06), including interest through July 31, 2000, and which interest shall continue to accrue on each account until paid, and/or until any proceeds shall be derived from the sale by the United States Marshal of any of the subject vessels.

7)    Plaintiff has made claim upon the in rem and in personam defendants and has requested that such accounts be paid.   Despite due demand, the Defendants have failed to pay the accounts and Plaintiff is entitled to judgment against such Defendants for the amounts set forth above.

8)    Defendant AMADO GARCIA JIMENEZ cannot be found within the jurisdiction of this Court and, as such, Plaintiff would request that a writ of attachment issue commanding the attachment of any properties belonging to such Defendant, pursuant to the provisions of Supplemental Rule B of the Federal Rules of Civil Procedure.

IV.

## ATTORNEYS' FEES

9)    Plaintiff would further show the court that by reason of the Defendants' willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said accounts.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A.    that process in due form of law be issued against the Defendant vessels, F/V BANPESCA 70, F/V ARIES, F/V ESPERANZA, F/V CAMARONES DEL GOLFO XII, and F/V 15 DE OCTUBRE I, their engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, in rem, and AMADO GARCIA JIMINEZ, in personam, and that any person claiming any right, title or interest in said Vessels be cited to appear and answer this Complaint;

B.    that process in due form of law be issued against Defendant AMADO GARCIA JIMENEZ, and that a writ of attachment be issued against personal property owned by Defendant AMADO GARCIA JIMENEZ, including the shrimp trawlers owned by such Defendant,

which trawlers are or may come within the jurisidiction of this Court.

C.    Plaintiff have judgment against the Defendant AMADO GARCIA JIMENEZ in the event of a deficiency resulting from the foreclosure of the Vessels and subsequent sale of same at a price insufficient to extinguish all indebtedness and related expenses and charges;

D.    that Plaintiff have pre- and post-judgment interest as provided by law and costs of suit;

E.    that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,

By:    _Dennis Sanchez_
        Dennis Sanchez
        State Bar No. 17569600
        Fed. Admn. #1594

OF COUNSEL:
SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
Dennis Sanchez
100 North Expressway 83
Brownsville, Texas  78521
Telephone:      (956) 546-3731
Fax:            (956) 546-3765/66
ATTORNEYS FOR PLAINTIFF

## VERIFICATION

THE STATE OF TEXAS    §

COUNTY OF CAMERON    §

BEFORE ME, the undersigned authority, on this day personally appeared DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., who, being by me first duly sworn, deposed and said:

1.    My name is David Eymard. I am the President of VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered action. I have read the foregoing Complaint and the contents thereof are true and correct to the best of my own personal knowledge and belief.

2.    To the best of my information and belief, the Defendant, AMADO GARCIA JIMENEZ, (i) cannot be found within the Southern District of Texas, (ii) is a citizen and resident of Mexico, (iii) does not have any real or personal property within the Southern District of Texas, and (iv) owns the shrimp trawlers named in this lawsuit, which trawlers are currently within the jurisdiction of the Southern District of Texas.

FURTHER AFFIANT SAITH NOT.

_____
DAVID EYMARD, President
VALLEY ICE & FUEL CO., INC.


    SWORN TO AND SUBSCRIBED BEFORE ME by the said DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., TO CERTIFY WHICH witness my hand and seal of office this _14th_ day of August, 2000.

_____
Notary Public, State of Texas

8/14/00 at 08:23.20.89

# Valley Ice & Fuel Co., Inc.
## Aged Receivables
### As of Aug 14, 2000

Filter Criteria includes: 1) IDs from GA1ARI to GA1ARI. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| GA1ARI | 3664 | | | | 2,100.79 | 2,100.79 | 9/30/99 |
| M/V ARIES MEXICAN BOAT | 4963 | | | | 6,241.12 | 6,241.12 | 12/14/99 |
| | FCCVT00099 | | | | 31.22 | 31.22 | 12/31/99 |
| | FC1VU00096 | | | | 123.99 | 123.99 | 1/31/00 |
| | FC2TU00090 | | | | 115.99 | 115.99 | 2/29/00 |
| | FC3VU00031 | | | | 123.99 | 123.99 | 3/31/00 |
| | FC4UU00108 | | | | 119.99 | 119.99 | 4/30/00 |
| | FC5VU00118 | | | 123.99 | | 123.99 | 5/31/00 |
| | FC6UU00111 | | 119.99 | | | 119.99 | 6/30/00 |
| | FC7VU00093 | 123.99 | | | | 123.99 | 7/31/00 |
| **GA1ARI**<br>**M/V ARIES MEXICAN BOAT** | | **123.99** | **119.99** | **123.99** | **8,857.09** | **9,225.06** | |
| **Report Total** | | **123.99** | **119.99** | **123.99** | **8,857.09** | **9,225.06** | |

*EXHIBIT B*

CM-PDF - www.fesko.com

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Invoice | |
| Invoice Number: | 4963 |
| Invoice Date: | Dec 14, 1999 |
| Page: | 1 |

Phone:    (956) 831-4123
Fax:       (956) 831-7860

Duplicate

**Sold To:**
M/V ARIES MEXICAN BOAT
AMADO GARCIA J.

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ARI | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/14/99 | 1/13/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,212.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2112 | 0.7600 | 6,241.12 |

| | |
|---|---|
| Subtotal | 6,241.12 |
| Sales Tax | |
| Total Invoice Amount | 6,241.12 |
| Payment Received | 0.00 |
| TOTAL | 6,241.12 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.

( firma ) _____

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number:

**3664**

Invoice Date:

Sep 30, 1999

Page:

1

Duplicate

Sold To:

M/V ARIES MEXICAN BOAT
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ARI | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 9/30/99 | 10/30/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,000.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7350 | 5,880.00 |
| 2.00 | EACH | CAT 3408/LUBE (F#PH3335) | 21.6300 | 43.26 |
| | | SALE ORDER# 1162 | | |

| | | |
|---|---|---|
| Subtotal | | 5,923.26 |
| Sales Tax | | 2.70 |
| Total Invoice Amount | | 5,925.96 |
| Payment Received | | 0.00 |
| TOTAL | | 2,100.79 |

Check No:    CASH

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.

( firma )

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
C-70, Box 14
Brownsville, TX 78521

Phone:   (956) 831-4123
Fax:     (956) 831-7860

Invoice

| | |
|---|---|
| Invoice Number | 4963 |
| Invoice Date: | Dec 14, 1999 |
| Page: | 1 |

Sold To:
M/V ARIES MEXICAN BOAT
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ARI | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/14/99 | 1/13/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,212.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2112 | 0.7600 | 6,241.12 |

| | |
|---|---|
| Subtotal | 6,241.12 |
| Sales Tax | |
| Total Invoice Amount | 6,241.12 |
| Payment Received | 0.00 |
| TOTAL | 6,241.12 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.

_____, Capitan o Patron de la embarcacion

_____ propiedad de _____.

_____

( firma )

CamPDF - www.testo.com

**Valley Ice & Fuel Co., Inc.**
**Valley Lubricants**

HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123    fax (956) 831-7860

# Sales / Loading Order

Sales Order Number: | 2112 |

Date Delivered: | 12-14-99 |

**Sold To:**

**Delivered To:**

M/V   ARIES

Vessel Official Number: 280405 25 233

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
| | | | | E Zuela |

| METER A | METER B | | |
|---|---|---|---|
| 340 7202 | 3353513 | STOP | |
| 3404314 | 3348189 | START | |
| 2888 | 5324 | TOTAL B | |
| | 2988 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | | |
|---|---|---|---|
| | 8212 | GLS. | **DIESEL NO. 2 ( OFF ROAD )** |

**DYED DIESEL FUEL,
NONTAXABLE USE ONLY,
PENALTY FOR TAXABLE USE.**

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWLEDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

Signature _____   Title _Capt._   Date _12-14-99_

CREDIT TERMS:   PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

31082 LT.

VALLEY ICE & FUEL CO., INC.
VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice

Invoice Number:
3664

Invoice Date:
Sep 30, 1999

Page:
1

Phone:   (956) 831-4123
Fax:      (956) 831-7860

Sold To:
M/V ARIES MEXICAN BOAT
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ARI | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 9/30/99 | 10/30/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,000.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7350 | 5,880.00 |
| 2.00 | EACH | CAT 340S/LUBE (F#PH3335) | 21.6300 | 43.26 |
| | | SALE ORDER# 1162 | | |

**P A I D** DEC 2 1 1999
F/C $90.96     Cash
Bal. $2100.79

| | | |
|---|---|---|
| | Subtotal | 5,923.26 |
| | Sales Tax | 2.70 |
| Check No: | Total Invoice Amount | 5,925.96 |
| | Payment Received | 0.00 |
| | TOTAL | 5,925.96 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $ _____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____ propiedad de _____

( firma )

**Valley Ice & Fuel Co., Inc.**
**Valley Lubricants**

**HC-70, Box 14**
**Brownsville, Tx 78521**
**(956) 831-4123    fax (956) 831-7860**

# Sales / Loading Order

**Sales Order Number:** | 1162

**Date Delivered:** | 9-30-99

| Sold To: | Delivered To: |
|---|---|
| | M/V Aries |
| | Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
| | | | | E Zuela |

| METER A | METER B | | DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE. |
|---|---|---|---|
| 3290910 | 3325771 | STOP | |
| 3287440 | 3321241 | START | |
| 3470 | 4530 | TOTAL B | |
| → | 3470 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. | DIESEL NO. 2 ( OFF ROAD ) |
|---|---|---|---|
| | 8.000 | | |

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | 2 | each | PH 3335 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWL-EDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

**Signature** _____   **Title** _____   **Date** 9-30-99

**CREDIT TERMS:**   PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

8/14/00 at 08:25.22.44                                                                 Page: 1a

## Valley Ice & Fuel Co., Inc.
## Aged Receivables
### As of Aug 14, 2000

Filter Criteria includes: 1) IDs from GA1ES5 to GA1ES5  Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Telephone 1 | Invoice No | 0 – 30 | 31 – 60 | 61 – 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| GA1ES5 | 4426 | | | | 7,347.94 | 7,347.94 | 11/8/99 |
| M/V ESPERANZA V MEXICAN | 4955 | | | | 7,131.84 | 7,131.84 | 12/14/99 |
| | FCCVT00102 | | | | 186.72 | 186.72 | 12/31/99 |
| | FC1VU00101 | | | | 215.21 | 215.21 | 1/31/00 |
| | FC2TU00095 | | | | 201.33 | 201.33 | 2/29/00 |
| | FC3VU00081 | | | | 215.21 | 215.21 | 3/31/00 |
| | FC4UU00113 | | | | 208.27 | 208.27 | 4/30/00 |
| | FC5VU00123 | | | 215.21 | | 215.21 | 5/31/00 |
| | FC6UU00116 | | 208.27 | | | 208.27 | 6/30/00 |
| | FC7VU00098 | 215.21 | | | | 215.21 | 7/31/00 |
| **GA1ES5**<br>**M/V ESPERANZA V MEXICA** | | **215.21** | **208.27** | **215.21** | **15,506.52** | **16,145.21** | |
| **Report Total** | | **215.21** | **208.27** | **215.21** | **15,506.52** | **16,145.21** | |

EXHIBIT C

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:   (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number:
**4426**

Invoice Date:
Nov 8, 1999

Page:
1

Duplicate

Sold To:

M/V ESPERANZA V MEXICAN BOAT
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ES5 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 11/8/99 | 12/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,395.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7250 | 6,811.38 |
| 20.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 25.2500 | 505.00 |
| | | SALE ORDER# 1728 | | |

|  |  |
|---|---|
| Subtotal | 7,316.38 |
| Sales Tax | 31.56 |
| Total Invoice Amount | 7,347.94 |
| Payment Received | 0.00 |
| TOTAL | 7,347.94 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.

( firma )

Invoice

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

4955

Invoice Date:

Dec 14, 1999

Phone:   (956) 831-4123
Fax:     (956) 831-7860

Page:

1

Duplicate

Sold To:

Ship to:

M/V ESPERANZA V MEXICAN BOAT
AMADO GARCIA J.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ES5 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/14/99 | 1/13/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,384.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 2104 | 0.7600 | 7,131.84 |

| | |
|---|---|
| Subtotal | 7,131.84 |
| Sales Tax | |
| Total Invoice Amount | 7,131.84 |
| Payment Received | 0.00 |
| TOTAL | 7,131.84 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.

( firma ) _____

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70 Box 14
Brownsville, TX 78521

Phone (956) 831-4123
Fax (956) 831-7860

Invoice

**Invoice Number**
4426

**Invoice Date**
Nov 8. 1999

**Page**
1

Duplicate

Sold To:
M/V ESPERANZA V MEXICAN BOAT
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ES5 | | Net 30 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 11/8/99 | 12/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.395 00 | GALLON | DIESEL/HS/OFF ROAD | 0.7250 | 6,811 38 |
| 20 00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 25.2500 | 505.00 |
| | | SALE ORDER# 1728 | | |

| | |
|---|---|
| Subtotal | 7,316.38 |
| Sales Tax | 31.56 |
| Total Invoice Amount | 7,347 94 |
| Payment Received | 0.00 |
| TOTAL | 7,347 94 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____ propiedad de _____.

( firma )

**Valley Ice & Fuel Co., Inc.**
**Valley Lubricants**

HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123  fax (956) 831-7860

# Sales / Loading Order

Sales Order Number: | 1728 |

Date Delivered: | 11-8-99 |

| Sold To: | Delivered To: |
|---|---|
| GATESS<br>Amado Garcia J. | M/V<br>Esperanza V<br><br>Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
|  |  |  |  | E Bonilla |

| METER A | METER B | | |
|---|---|---|---|
| 3728-195 | 378-8-702 | STOP | |
| 3723727 | 3783775 | START | |
| 4468 | 4977 | TOTAL B | |
| | 4468 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | | |
|---|---|---|---|
| 9395 | GLS. .725 | DIESEL NO. 2 ( OFF ROAD )   6811.38 |

**DYED DIESEL FUEL,
NONTAXABLE USE ONLY,
PENALTY FOR TAXABLE USE.**

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | 20 | gauls | H P uc 3.70         74.0 |
| | | | TAX         4.63 |
| | | | $ 6890.01 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWL-EDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

Signature _____    Title _____    Date 11-8-99

CREDIT TERMS:    PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

# ALLEY ICE & FUEL CO., INC.
## ALLEY LUBRICANTS
C-70, Box 14
rownsville, TX 78521

none:   (956) 831-4123
Fax    (956) 831-7860

Invoice

Invoice Number:
4955

Invoice Date:
Dec 14, 1999

Page:
1

**Sold To:**
M/V ESPERANZA V MEXICAN BOAT
AMADO GARCIA J.

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1ES5 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/14/99 | 1/13/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,384.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2104 | 0.7600 | 7,131.84 |

| | |
|---|---|
| Subtotal | 7,131.84 |
| Sales Tax | |
| Total Invoice Amount | 7,131.84 |
| Payment Received | 0.00 |
| TOTAL | 7,131.84 |

Check No.

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE NOT LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1.5 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $ _____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.

_____, Capitan o Patron de la embarcacion _____ propiedad de _____.

# Valley Ice & Fuel Co., Inc.
# Valley Lubricants

HC-70, Box 14

Brownsville, Tx 78521

(956) 831-4123    fax (956) 831-7860

# Sales / Loading Order

Sales Order Number:  **2104**

Date Delivered:  **12-14-99**

| Sold To: | Delivered To: |
|---|---|
| | M/V **ESPERANZA V**  Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
| | | | | E Brusla |

| METER A | METER B | | |
|---|---|---|---|
| 401055 | 4082433 | STOP | |
| 4006261 | 4077343 | START | |
| 1/794 | 5090 | TOTAL B | |
| | 4/794 | TOTAL A | |

| TOTAL B2 ORDERED | TOTAL B2 DELIVERED | | |
|---|---|---|---|
| | 9.384 | GLS. | DIESEL NO. 2 ( OFF ROAD ) |

**DYED DIESEL FUEL,
NONTAXABLE USE ONLY,
PENALTY FOR TAXABLE USE.**

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWL-EDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.**

Signature _____    Title _____    Date  **12-14-99**

**CREDIT TERMS:  PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.**

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:   (956) 831-4123
Fax       (956) 831-7860

Invoice

Invoice Number
4213

Invoice Date
Oct 28, 1999

Page
1

Sold To:

M/V 15 DE OCTUBRE I MEXICAN
HERIBERTO JARA #1080
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| GA1OC1 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 10/28/99 | 11/27/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,879.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7200 | 6,392.88 |
| 118.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3.7000 | 436.60 |
| | | SALE ORDER# 1578 | | |

| | |
|---|---|
| Subtotal | 6,829.48 |
| Sales Tax | 27.29 |
| Total Invoice Amount | 6,856.77 |
| Payment Received | 0.00 |
| TOTAL | 6,856.77 |

Check No:

I AGREE THAT IF THE ABOVE DELIVERED MERCHANDISE IS PAID LATER THAN 30 DAYS AFTER THE DELIVERY DATE, ALL PAST DUE AMOUNT WILL ACCRUE
INTEREST AT THE RATE OF 10 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia _____ en
_____ la cantidad  de  $_____,
_____ Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____

( firma )

EXHIBIT D

**Valley Ice & Fuel Co., Inc.**
**Valley Lubricants**

HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123    fax (956) 831-7860



# Sales / Loading Order

**Sales Order Number:** 1573

**Date Delivered:** 10-28-99

| Sold To: | Delivered To: |
|---|---|
| | M/V  15 DE OCTUBRE I |
| | Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
| | | | | E Bush |

| METER A | METER B | | |
|---|---|---|---|
| 3607266 | 3662330 | STOP | **DYED DIESEL FUEL,** |
| 3602825 | 3657892 | START | **NONTAXABLE USE ONLY,** |
| 4441 | 4438 | TOTAL B | **PENALTY FOR TAXABLE USE.** |
| | 4141 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. | DIESEL NO. 2 ( OFF ROAD ) |
|---|---|---|---|
| | 8.879 | | |

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | 118 | GLS | HP 40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWL-EDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

_____    _____    10-28-99
**Signature**                                          **Title**                         **Date**

**CREDIT TERMS:**   PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN
30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST
AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone: (956) 831-4123
Fax: (956) 831-7860

Duplicate

| | |
|---|---|
| | Invoice |
| Invoice Number | 3255 |
| Invoice Date | Sep 8, 1999 |
| Page: | 1 |

**Sold To:**
MV 15 DE OCTUBRE I MEXICAN
HERIBERTO JARA #1080
TAMPICO, TAMP., MX

**Ship to:**

Amando Garcia J.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| GA1OC1 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 9/8/99 | 10/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,132.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7000 | 4,292.40 |
| 1.00 | EACH | THROW HOOK | 16.7700 | 16.77 |
| 1.00 | EACH | RAINSUIT EXTRA LARGE | 14.3900 | 14.39 |
| 84.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3.7000 | 310.80 |
| 84.00 | | SALE ORDER# 00856 | | |

| | |
|---|---|
| Subtotal | 4,634.36 |
| Sales Tax | 21.37 |
| Total Invoice Amount | 4,655.73 |
| Payment Received | 0.00 |
| TOTAL | 4,655.73 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC. o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____ propiedad de _____.

_____
( firma )

CutePDF - www.fasiso.com

# Valley Ice & Fuel Co., Inc.
## Valley Lubricants

**HC-70, Box 14**
**Brownsville, Tx 78521**
**(956) 831-4123    fax (956) 831-7860**

# Sales / Loading Order

Sales Order Number: `00856`

Date Delivered: `9-8-99`

| Sold To: | Delivered To: |
|---|---|
| | M/V<br><br>15 DE OCTUBRE I<br><br>Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
| Amado Garcia Jr. | | | | E Gonzales |

| METER A | METER B | | DYED DIESEL FUEL, |
|---|---|---|---|
| 2998872 | 3029160 | STOP | |
| 2995873 | 3025967 | START | NONTAXABLE USE ONLY, |
| 2999 | 3133 | TOTAL B | PENALTY FOR TAXABLE USE. |
| | 2999 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. | DIESEL NO. 2 ( OFF ROAD ) |
|---|---|---|---|
| | 6.132 | | |

| Amount Ordered | Amount Delivered | Unit | Description |
|---|---|---|---|
| | 1 | each | THROW HOOK |
| | | each | RAIN SUIT XL |
| | 84 | GLS | HD 40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWL-EDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

| Signature | Title | 9-8-99 Date |
|---|---|---|

**CREDIT TERMS:**   PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Valley Ice & Fuel Co., Inc.**
Aged Receivables
As of Aug 14, 2000

Filter Criteria includes: 1) IDs from GA1C12 to GA1C12. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Telephone 1 | Invoice No | 0 – 30 | 31 – 60 | 61 – 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| GA1C12 | 4427 | | | | 6,152.38 | 6,152.38 | 11/8/99 |
| M/V CAMARONES DEL GOLF | FCCVT00101 | | | | 156.34 | 156.34 | 12/31/99 |
| | FC1VU00099 | | | | 91.44 | 91.44 | 1/31/00 |
| | FC2TU00093 | | | | 85.54 | 85.54 | 2/29/00 |
| | FC3VU00041 | | | | 91.44 | 91.44 | 3/31/00 |
| | FC4UU00111 | | | | 88.49 | 88.49 | 4/30/00 |
| | FC5VU00121 | | | 91.44 | | 91.44 | 5/31/00 |
| | FC6UU00114 | | 88.49 | | | 88.49 | 6/30/00 |
| | FC7VU00096 | 91 44 | | | | 91.44 | 7/31/00 |
| **GA1C12** | | **91.44** | **88.49** | **91.44** | **6,665.63** | **6,937.00** | |
| **M/V CAMARONES DEL GOL** | | | | | | | |
| **Report Total** | | **91.44** | **88.49** | **91.44** | **6,665.63** | **6,937.00** | |

*EXHIBIT E*

CVisPDF - www.fenrio.com

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX  78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice Number:

4427

Invoice Date:

Nov 8, 1999

Page:

1

Duplicate

Sold To:

M/V CAMARONES DEL GOLFO XII
AMADO GARCIA J.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1C12 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 11/8/99 | 12/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,116.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7250 | 5,884.10 |
| 10.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 25.2500 | 252.50 |
| | | SALE ORDER# 1729 | | |

| | |
|---|---|
| Subtotal | 6,136.60 |
| Sales Tax | 15.78 |
| Total Invoice Amount | 6,152.38 |
| Payment Received | 0.00 |
| TOTAL | 6,152.38 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE  ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia  _____  en
_____  la  cantidad  de  $_____,
_____  Dolares  de  Estados  Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.
_____,  Capitan  o  Patron  de  la  embarcacion
_____propiedad  de  _____.

( firma )  _____

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Phone. | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice

| | |
|---|---|
| Invoice Number | 4427 |
| Invoice Date | Nov 8, 1999 |
| Page | 1 |

Sold To:

M/V CAMARONES DEL GOLFO XII
AMADO GARCIA J

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1C12 | | Net 30 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 11/8/99 | 12/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3,116.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7250 | 5,884.10 |
| 10.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 25.2500 | 252.50 |
| | | SALE ORDER# 1729 | | |

| | |
|---|---|
| Subtotal | 6,136.60 |
| Sales Tax | 15.78 |
| Total Invoice Amount | 6,152.38 |
| Payment Received | 0.00 |
| TOTAL | 6,152.38 |

Check No

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____ _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.

_____, Capitan o Patron de la embarcacion

_____ propiedad de _____.

( firma )