3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | B-00-127 |
| § | |
| F/V BANPESCA 70, F/V ARIES, § | |
| F/V ESPERANZA, F/V CAMARONES § | CIVIL ACTION NO. _____ |
| DEL GOLFO XII, AND § | |
| F/V 15 DE OCTUBRE I, their § | |
| engines, nets, tackle, apparel, § | |
| and furniture, in rem, and § | |
| AMADO GARCIA JIMENEZ, in § | |
| personam § | |
| Defendants § | |

AGREEMENT OF INDEMNITY

Plaintiff, VALLEY ICE & FUEL CO., INC., a Texas corporation with its principal place of business being located in Cameron County, Texas, hereby agrees to indemnify and hold harmless the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent, servant, employee and the surety or sureties on the official bond of said U. S. Marshal, from and against all claims, demands and causes of action, direct or indirect, of every kind and character whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Arrest of the Vessels F/V BANPESCA 70, F/V ARIES, F/V ESPERANZA, F/V CAMARONES DEL GOLFO XII, and F/V 15 DE OCTUBRE I, and the subsequent redelivery of possession of the subject Vessels to the

care and custody of Marine Salvage & Services, Inc. at its facility in Port Isabel, Texas, and agrees to reimburse the aforesaid, or any of them, for all expenses, including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this **14th** day of August, 2000.

        VALLEY ICE & FUEL CO., INC.,
        Plaintiff

By: _____
     DAVID EYMARD, President

## ACKNOWLEDGMENT

THE STATE OF TEXAS   §

COUNTY OF CAMERON   §

    This instrument was acknowledged before me on the **14th** day of August, 2000 by DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., a Texas corporation.

        _____
        Notary Public, State of Texas

My Commission Expires: