

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-127 |
| § | |
| F/V BANPESCA 70, F/V ARIES, § | |
| F/V ESPERANZA, F/V CAMARONES § | |
| DEL GOLFO XII, and F/V 15 DE § | |
| OCTUBRE I, their engines, nets, tackle, § | |
| apparel and furniture, *in rem*, and AMADO § | |
| GARCIA JIMENEZ, *in personam* § | |
| § | |
| Defendants. § | |

United States District Court
Southern District of Texas
ENTERED

AUG 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER OF NOTICE

The Court **ORDERS** Plaintiff, VALLEY ICE & FUEL CO., INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). A copy of the complaint and a copy of the order to arrest the vessels F/V BANPESCA 70, F/V ARIES, F/V ESPERANZA, F/V CAMARONES DEL GOLFO XII, and F/V 15 DE OCTUBRE I, their engines, nets, tackle, apparel and furniture, shall be sent by certified mail or other form of mail requiring a return receipt to:

(a) the master or individual in charge of the vessels;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim of an undischarged lien on the vessels;

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels; and,

    (d)    the Defendant Amado Garcia Jimenez.

DONE at Brownsville, Texas, this \_\_\_18\_\_\_ day of August 2000.

_____
Hilda G. Tagle
United States District Judge