IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V BANPESCA 70, F/V ARIES, § | CIVIL ACTION NO. B-00-127 |
| F/V ESPERANZA, F/V CAMARONES § | |
| DEL GOLFO XII, AND § | |
| F/V 15 DE OCTUBRE I, their § | |
| engines, nets, tackle, apparel, § | |
| and furniture, in rem, and § | |
| AMADO GARCIA JIMENEZ, in § | |
| personam § | |
| Defendants § | |

## ORDER OF DISMISSAL

THIS COURT having been advised that the above-styled and numbered cause has been compromised and settled as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, AMADO GARCIA JIMENEZ, *in personam*, and the F/V BANPESCA 70, ETC., *in rem*, and that there is no further need for litigation of this matter as between Plaintiff and Defendants, it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice against all parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas this 25th day of September, 2000.

_____
JUDGE PRESIDING

*United States District Court*
*Southern District of Texas*
*ENTERED*
*SEP 25 2000*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*